No. 687. CAMPBELL, COMMISSIONER OF AGRICULTURE OF GEORGIA, ET AL. v. HUSSEY ET AL. Appeal from the United States District Court for the Southern District of Georgia. Probable jurisdiction noted. The Solicitor General is invited to file a brief setting forth the views of the United States. *Eugene Cook,* Attorney General of Georgia, *G. Hughel Harrison,* Assistant Attorney General, and *Gordon Knox, Frank S. Twitty* and *Chris B. Conyers,* Deputy Assistant Attorneys General, for Commissioner of Agriculture, and *Denmark Groover, Jr.* for Georgia Farm Bureau Federation, appellants.

No. 701. HUTCHESON v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Charles H. Tuttle, Joseph P. Tumulty, Jr.* and *M. Joseph Matan* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 219, Misc. TOWNSEND v. SAIN, SHERIFF, ET AL. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit granted. Case transferred to appellate docket. *George N. Leighton* for petitioner. *Benjamin S. Adamowski* for respondents.

No. 665. BECK v. WASHINGTON. Petition for writ of certiorari to the Supreme Court of Washington granted limited to questions 1, 2, and 3 presented by the petition, which read as follows:

"1. Where accusation is by a grand jury indictment, does a person (in this case a member and officer of a labor